1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   linda_allison@fd.org
5

6  Attorney for Defendant
   RICHARD MOFFETT
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) Case No.  2:12-CR-00193 JAM
                                 )
12       Plaintiff,              )
                                 ) **RELEASE ORDER**
13              vs.              )
                                 )
14  RICHARD MOFFETT,             )
                                 ) Judge: Hon. John A. Mendez
15       Defendant.              )
                                 )
16  _____)

17

18       After a hearing on December 12, 2017, the Court determined

19  that BOP had misinterpreted the Judgment issued in this case.

20  In order to correct this misunderstanding, the Court orders the

21  defendant, RICHARD MOFFEETT, released from USMS custody tomorrow

22  morning by 9:00 am, December 13, 2017.  Richard Moffett is to

23  report immediately to the halfway house in Oakland California

24  where he is to serve 60 days. The Office of the Federal

25  / / /

26  / / /

27  / / /

28

-1-

1  Defender's Office will provide transportation to the Oakland
2  Halfway House.
3       IT IS SO ORDERED.

Dated: December 13, 2017    /s/ John A. Mendez
                            HON. JOHN A. MENDEZ
                            United States District Court Judge